KRISTIN N. REYNA DEHART (SBN 211075)
kreyna@grsm.com
MATTHEW P. NUGENT (SBN: 214844)
mnugent@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7760
Facsimile: (619) 696-7124

Attorneys for Defendants
CAMP PENDLETON & QUANTICO HOUSING LLC; LPC PENDLETON QUANTICO PM LP

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY SMITH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CAMP PENDLETON & QUANTICO HOUSING LLC, et al., <br><br> Defendants. | CASE NO. 3:20-cv-02359-TWR-BLM <br><br> **DEFENDANTS CAMP PENDLETON & QUANTICO HOUSING LLC'S AND LPC PENDLETON QUANTICO PM LP'S NOTICE OF MOTION AND MOTION TO SEAL CONFIDENTIAL BUSINESS DOCUMENTS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(1)** <br><br> Date: November 10, 2021 <br> Time: 1:30 p.m. <br> Judge: Hon. Todd W. Robinson <br> Courtroom: 3A |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 10, 2021, at 1:30 p.m. in Courtroom 3A, pursuant to Federal Rule of Civil Procedure 5.2(e) and Southern District of California Civil Local Rule 79.2, Defendants CAMP PENDLETON & QUANTICO HOUSING LLC ("CPQH") and LPC PENDLETON QUANTICO PM LP ("LPC") (collectively, "Defendants") will move the Court for an order to file under seal excerpts from three confidential and proprietary business

1 documents: [1] The Fifth Amended and Restated Limited Liability Operating
2 Agreement of Camp Pendleton & Quantico Housing, LLC, [2] the Fifth Amended
3 and Restated Real Estate Ground Lease between the United States of America,
4 Department of the Navy and Camp Pendleton & Quantico Housing, LLC (and
5 selected exhibits to same), and [3] the Fifth Amended and Restated Pendleton
6 Property Management Agreement between Camp Pendleton & Quantico Housing,
7 LLC and LPC Pendleton Quantico PM LP (and selected exhibits/appendices to the
8 same, including Exhibit A, Management Plan and Appendix 7, Mold Management
9 Plan), to support its Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1).

10     This Motion is based on this Notice, the following Memorandum of Points
11 and Authorities, and Philip Rizzo's Declaration in support of Defendants' Motion
12 to Dismiss, along with all other papers and pleadings filed in this matter, and those
13 additional matters offered at oral argument.

                            Respectfully submitted,

Dated: July 26, 2021        GORDON REES SCULLY MANSUKHANI, LLP

By:  s/Kristin N. Reyna DeHart
      Kristin N. Reyna DeHart
      Matthew P. Nugent
      Attorneys for Defendants Camp
      Pendleton & Quantico Housing LLC
      and LPC Pendleton Quantico PM LP

*Gordon Rees Scully Mansukhani, LLP*
*101 W. Broadway, Suite 2000*
*San Diego, CA 92101*

-2-
NOTICE OF MOTION FOR AN ORDER TO SEAL CONFIDENTIAL BUSINESS DOCUMENTS    Case No. 3:20-cv-02359-TWR-BLM