UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY SMITH; MICHELLE SMITH; C.S., a minor, by and through his guardian ad litem, BARBARA SPRINGER; and A.S., a minor, by and through his guardian ad litem, BARBARA SPRINGER,<br><br>                    Plaintiffs,<br><br>v.<br><br>CAMP PENDLETON & QUANTICO HOUSING, LLC, a Delaware limited liability company; LPC PENDLETON QUANTICO PM LP, a Delaware limited partnership; LINCOLN MILITARY PROPERTY MANAGEMENT, LP, a Delaware limited partnership; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No.: 20-CV-2359 TWR (AGS)<br><br>**ORDER (1) ADOPTING REPORT & RECOMMENDATION, AND (2) APPROVING MINORS' COMPROMISE**<br><br>(ECF Nos. 29, 32) |

Presently before the Court is Plaintiffs' Petition for Minors' Compromise ("Pet.," ECF No. 29), which is unopposed. (*See* ECF No. 30.) The Honorable Andrew G. Schopler has issued a Report and Recommendation to Approve Minors' Compromise ("R&R," ECF No. 32). Having carefully reviewed Plaintiffs' arguments and exhibits, Magistrate Judge

Schopler's R&R, and the relevant law, the Court **ADOPTS** the R&R in its entirety and **APPROVES** the Petition.

## BACKGROUND

Magistrate Judge Schopler's R&R contains a thorough and accurate recitation of the factual and procedural history underlying the instant Petition. (*See* R&R at 1–2.) This Order incorporates by reference the background as set forth therein.

## LEGAL STANDARD

When a magistrate judge issues a report and recommendation on a motion pending before a district court judge, the district court must "make a de novo determination of those portion of the report . . . to which objection is made" and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Raddatz*, 447 U.S. 667, 673–76 (1980); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). But "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment (citing *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir.), *cert. denied*, 419 U.S. 879 (1974)); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (emphasis in original) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

## ANALYSIS

As of the date of this Order, the Court has received no objections to Magistrate Judge Schopler's R&R. (*See* R&R at 5 (ordering that any objections be filed no later than September 22, 2021).) Having reviewed the R&R, the Court finds that it is thorough, well-reasoned, and contains no clear error and that the compromise and settlement of the claims of the minors C.S. and A.S. is fair and reasonable and in their best interests. The Court therefore **ADOPTS** Magistrate Judge Schopler's R&R in its entirety and **APPROVES** Plaintiffs' Petition.

/ / /

## CONCLUSION

In light of the foregoing, the Court **ADOPTS** Magistrate Judge Schopler's R&R (ECF No. 32) and **APPROVES** Plaintiffs' Petition (ECF No. 29).  Accordingly, the minors' net recovery—$3,669.50 for C.S. and $2,206.72 for A.S.—**SHALL BE DISTRIBUTED** to Plaintiffs Cody and Michelle Smith to be held until the minors reach the age of majority.

**IT IS SO ORDERED.**

Dated:  October 14, 2021

_____
Honorable Todd W. Robinson
United States District Court